UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

                    Plaintiff,

v.                                                                     ORDER

Christopher Harrison Headbird.,

                    Defendant.                          Crim. No. 14-331 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.      Defendant's Motion to Suppress All Electronic Surveillance Evidence, [Docket No. 17], is **DENIED**;

2.      Defendant's Motion to Suppress Search and Seizure Evidence, [Docket No. 18], is **DENIED**; and,

3.      Defendant's Motion to Suppress Statements of Defendant, [Docket No. 19], is **DENIED**.

                                        BY THE COURT:


                                        s/Patrick J. Schiltz
                                        Judge Patrick J. Schiltz
DATED: 01/14/15                         United States District Court